UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KEITH BARROW | CIVIL ACTION |
| VERSUS | NUMBER: 06-4285 |
| TWENTY-FOURTH JUDICIAL DISTRICT COURT, PARISH OF JEFFERSON | SECTION: "J"(5) |

### O R D E R

The Court, having considered the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of petitioner to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that the application for federal habeas corpus relief of petitioner, Keith Barrow, is **DISMISSED** with prejudice.

New Orleans, Louisiana, this 27th day of November, 2007.

UNITED STATES DISTRICT JUDGE